DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LACY CREW, JR.,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

Nos. 4D2024-0996, 2024-1389 and 2024-1794

[August 22, 2024]

Consolidated appeals of order denying rule 3.853 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Thomas J. Coleman, Judge; L.T. Case No. 06-008250CF10A.

Lacy Crew, Jr., Punta Gorda, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***